# UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN -5 P 1:02

CLERK _J. LaVictoire_
SO. DIST. OF GA.

In the matter of: <u>CV600-10 Emmanuel Lindley vs. Gene A. Scroggy, et al.</u>

THE DESTRUCTION OF CERTAIN EXHIBITS

This is to certify that the exhibits listed on the attached schedule were filed in actions in which the judgments have now become final.  The parties to the actions have been requested in writing to withdraw the exhibits and, no claim having been made for the return of said exhibits, they are now eligible for destruction in accordance with Local Rule 79.4.

Scott L. Poff, Clerk

By: _Elizabeth C. West_

Date: December 29, 2005

Destruction of the exhibits in the actions listed on the attached schedule is hereby **APPROVED**.

MAGISTRATE _James E. Graham_ Judge, U.S. District Court